IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                             *
                                                   *    CASE NO. 19-04533/MCF
MARICELYS FELICIANO DIAZ                           *
                                                   *    CHAPTER 13
DEBTOR                                             *

**CERTIFICATE OF SERVICE**
**RE: AMENDED CHAPTER 13 PLAN**
**DATED NOVEMBER 1, 2019 DOCKET NO 16**

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtor, certify that on November 2, 2019, a true copy of the *Debtor's Amended Chapter 13 Plan,* filed in the above captioned case, Docket No. 16. Was sent via U.S. Postal Service certified mail, to the following:

**Candel Coop c/o Elmy Rodríguez Báez, President , PO Box 3249, Manatí Puerto Rico 00674, Certified U.S. Mail #70171070000105980851**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 4th day of November, 2019.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfc@rfigueroalaw.com

