IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 19-04533/MCF |
| | * | |
| MARICELYS FELICIANO DIAZ | * | |
| | * | CHAPTER 13 |
| DEBTOR | | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULES "I "& "J"*
OFFICIAL FORM 106I & 106J**

**TO THE HONORABLE COURT:**

**COMES NOW, MARICELYS FELICIANO DIAZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedules "I" and "J"*, dated December 19, 2023, herewith and attached to this motion.

2. The amendments to Schedules "I" and "J" are filed **to reflect Debtor's actual income and expenses**, in the above captioned case.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and to all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 19th day of December, 2023.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | MARICELYS FELICIANO DIAZ |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | 3:19-bk-4533 |

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Lunchroom Employee | |
   | Employer's name | Departamento de Educacion | |
   | Employer's address | Ave Teniente Cesar Gonzalez Esq Calaf San Juan, PR 00919 | |
   | How long employed there? | 11 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,525.66 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 1,525.66 | $ N/A |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1  MARICELYS FELICIANO DIAZ    Case number (if known) 3:19-bk-4533

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 1,525.66 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 116.70 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 196.62 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 22.88 | $ N/A |
| 5h. | Other deductions. Specify: Ahorros AEELA | 5h.+ | $ 45.76 + | $ N/A |
|  | GPR Plan Aport Definidas |  | $ 129.68 | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 511.64 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,014.02 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: Christmas Bonus 600/12 | 8h.+ | $ 50.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 50.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,064.02 + $ N/A = | $ 1,064.02 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data,* if it applies.  12. $ 1,064.02
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☒ No.
☐ Yes. Explain: [                                                                 ]

Fill in this information to identify your case:

Debtor 1       MARICELYS FELICIANO DIAZ

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number   3:19-bk-4533
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☒ No
   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 366.00

   If not included in line 4:
   4a. Real estate taxes                                          4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance               4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses              4c. $ 0.00
   4d. Homeowner's association or condominium dues                4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

6. **Utilities:**
   6a. Electricity, heat, natural gas                             6a. $ 78.00
   6b. Water, sewer, garbage collection                           6b. $ 28.15
   6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $ 136.00
   6d. Other. Specify: _____                               6d. $ 0.00

Debtor 1  MARICELYS FELICIANO DIAZ        Case number (if known) 3:19-bk-4533

| | | |
|---|---|---|
| 7. | Food and housekeeping supplies | 7. $ 180.87 |
| 8. | Childcare and children's education costs | 8. $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $ 0.00 |
| 10. | Personal care products and services | 10. $ 0.00 |
| 11. | Medical and dental expenses | 11. $ 0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 0.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ 0.00 |
| 14. | Charitable contributions and religious donations | 14. $ 0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $ 0.00 |
| | 15b. Health insurance | 15b. $ 0.00 |
| | 15c. Vehicle insurance | 15c. $ 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ 0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0.00 |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1 | 17a. $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ 0.00 |
| | 17c. Other. Specify: | 17c. $ 0.00 |
| | 17d. Other. Specify: | 17d. $ 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. $ 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| | 20a. Mortgages on other property | 20a. $ 0.00 |
| | 20b. Real estate taxes | 20b. $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | Other: Specify: | 21. +$ 0.00 |

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21. $ 789.02
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b. The result is your monthly expenses. $ 789.02

23. **Calculate your monthly net income.**
    23a. Copy line 12 (your combined monthly income) from Schedule I.  23a. $ 1,064.02
    23b. Copy your monthly expenses from line 22c above.  23b. -$ 789.02
    23c. Subtract your monthly expenses from your monthly income.
    The result is your monthly net income.  23c. $ 275.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☒ No.
    ☐ Yes.   Explain here:

## Fill in this information to identify your case:

Debtor 1: MARICELYS FELICIANO DIAZ

Debtor 2 (Spouse if, filing): 

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 3:19-bk-4533

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ MARICELYS FELICIANO DIAZ
MARICELYS FELICIANO DIAZ
Signature of Debtor 1

Date December 19, 2023

X _____
Signature of Debtor 2

Date _____

```
Label Matrix for local noticing            (p)ASOCIACION DE EMPLEADOS DEL ELA         (p)ATLAS ACQUISITIONS LCC
0104-3                                     ATTN IRITZA ORTIZ ECHEVARRIA               492C CEDAR LANE SUITE 442
Case 19-04533-MCF13                        PO BOX 364508                              TEANECK NJ 07666-1713
District of Puerto Rico                    SAN JUAN PR 00936-4508
Old San Juan
Tue Dec 19 08:23:30 AST 2023

CANDEL COOP                                US Bankruptcy Court District of P.R.       ATLAS ACQUISITIONS LLC
PO BOX 3249                                Jose V Toledo Fed Bldg & US Courthouse     492C CEDAR LANE STE 442
MANATI, PR 00674-3249                      300 Recinto Sur Street, Room 109           TEANECK NJ 07666
                                           San Juan, PR 00901-1964

BANCO POPULAR DE PUERTO RICO               (p)PUERTO RICO TELEPHONE COMPANY DBA CLARO PR    (p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB
BANKRUPTCY DEPARTMENT                      PO BOX 360998                              P O BOX 41269
PO BOX 366818                              SAN JUAN PR 00936-0998                     SAN JUAN PR 00940-1269
SAN JUAN PR 00936-6818

EASTERN AMERICA INSURANCE CO               Educational Credit Management Corporation  Security Credit Servic
PO BOX 9023862                             PO BOX 16408                               306 Enterprise Dr
SAN JUAN, PR 00902-3862                    St. Paul, MN 55116-0408                    Oxford, MS 38655-2762

(p)TEMPOE LLC DBA WHY NOT LEASE IT         US Department of Education                 MARICELYS FELICIANO DIAZ
ATTN BOB HOLWADEL                          PO Box 16448                               PO BOX 5836
720 EAST PETE ROSE WAY SUITE 400           Saint Paul, MN 55116-0448                  CAGUAS, PR 00726-5836
CINCINNATI OH 45202-3576

MONSITA LECAROZ ARRIBAS                    OSMARIE NAVARRO MARTINEZ                   ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)             CHAPTER 13 TRUSTEE                         PO BOX 186
OCHOA BUILDING                             PO BOX 9024062                             CAGUAS, PR 00726-0186
500 TANCA STREET SUITE 301                 SAN JUAN, PR 00902-4062
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AEELA                                      ATLAS ACQUISITIONS LLC                     (d)AEELA
PO BOX 364508                              492 C CEDAR LANE, STE 442                  PO Box 364508
SAN JUAN, PR 00936-4508                    TEANECK, NJ 07666                          San Juan, PR 00936-4508

Claro                                      DTOP                                       Tempoe LLC
PO Box 360998                              PO Box 41269 Minillas Station              720 East Pete Rose Way Suite 400
San Juan, PR 00936-0998                    San Juan, PR 00940-1269                    Cincinnati, OH 45202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Candel Coop
PO BOX 3249
MANATI, PR 00674-3249

End of Label Matrix
Mailable recipients   17
Bypassed recipients    1
Total                 18